**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
300 Harding Blvd., Suite 214
Roseville, CA 95678
Tel:  (916) 296-0786
Fax:  (916) 914-1997
*juliayoung21@hotmail.com*

Attorney for Plaintiff
DARRELL DIETLE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL DIETLE, | Case No.: 2:14-cv-1728 AC P |
| Plaintiff, | [**PROPOSED**] ORDER |
| vs. | |
| RAFAEL MIRANDA, Physician Assistant, DOROTHY SWINGLE, M.D., and Does 1 through 20. | |
| Defendants. | |

GOOD CAUSE APEARING, IT IS HEREBY ORDERED that Plaintiff, DARRELL DIETLE shall have his completed forma pauperis filed with the court no later than September 28, 2014.

Dated: August 28, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

ORDER  FOR EXTENSION OF TIME