UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL DIETLE, | No. 2:14-cv-1728 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| RAFAEL MIRANDA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 24, 2014, the undersigned filed findings and recommendations recommending that this action be dismissed for failure to submit a properly supported IFP or pay the filing fee. However, on December 15, 2014, plaintiff paid the required filing fee.

Accordingly, IT IS HEREBY ORDERED that

1. The recommendation that this case be dismissed (ECF No. 11), is WITHDRAWN; and

////
////
////
////

1

2. The court will screen the complaint in due course, pursuant to 28 U.S.C. § 1915A(a).

DATED: December 31, 2014

_allison claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE