UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL DIETLE, | No. 2:14-cv-1728 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| RAFAEL MIRANDA, et al., | |
| Defendants. | |

The pretrial conference in this case is currently set for January 30, 2017, at 1:30 p.m. before the Honorable William B. Shubb.  ECF No. 25.  Plaintiff's pretrial statement was due fourteen days prior to the pretrial conference and defendant's pretrial statement was due seven days prior to the conference.  Id.  Neither party has filed a pretrial statement and the January 30, 2017 pretrial conference will be vacated and re-set.

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference set for January 30, 2017, is vacated and re-set for February 27, 2017, at 1:30 p.m. in Courtroom 5 before the Honorable William B. Shubb.  Fourteen days before the date scheduled for the conference plaintiff shall file the statement required by Local Rule 281. Seven days before the conference defendant shall file his statement pursuant to the same rule.  In addition to the material required by Local Rule 281, either party is invited to submit any suggestions it may have concerning the matters set forth in Local Rule 282.

1

2. This matter remains set for jury trial before the Honorable William B. Shubb on March 28, 2017, at 9:00 a.m. in Courtroom 5.

DATED: January 25, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE