UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| DARRELL DIETLE, | CIV. NO. 2:14-1728 WBS AC P |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RAFAL MIRANDA, | |
| Defendant. | |

----oo0oo----

Before the court is defendant's Bill of Costs filed February 23, 2017. (Docket No. 42.) The court acknowledges plaintiff's notice of appeal but notes that taxation of costs has not been stayed pending appeal.

Plaintiff is hereby ORDERED to file a response to the Bill of Costs within ten (10) days from the date of this Order.

Dated:  March 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1