UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DARRELL DIETLE, | CIV. NO. 2:14-1728 WBS AC P |
| Plaintiff, | ORDER RE COSTS |
| v. | |
| RAFAEL MIRANDA, | |
| Defendant. | |

----oo0oo----

In light of plaintiff's status as an indigent prisoner and the lack of any indication that this case was brought in bad faith, the court declines to award costs to defendant at this time. See Stanley v. Univ. of S. Cal., 178 F.3d 1069, 1079-80 (9th Cir. 1999). Instead, the court will defer taxation of costs until after resolution of plaintiff's appeal.

IT IS THEREFORE ORDERED that defendant's Bill of Costs in the amount of $775.00 (Docket No. 42) be, and the same hereby is DENIED without prejudice to its being renewed after plaintiff's appeal is resolved.

1

1  Dated:  March 22, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE